# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
## [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

Douglas .V. Bledsoe
Name under which you were convicted

276440
Your prison number

vs. Xavier Lee / Timothy McLorvey
Kendrick Boyd / Robert Parker
Larry Philyaw / Jackie Pettway
Brandon Mack / Tavorez Surels
Brenda King / [illegible]
Name of Defendant(s)

CIVIL ACTION NO. 14-28-RD-C
(To be supplied by Clerk of Court)

Draper Correctional Facility 2828 Al Hwy 143, Elmore Al 36025
Place of Confinement and Address

## INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury</u>.

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other

Rev. 4/10/06

pleading filed with the Court.

E. <u>Pleading the Complaint</u>. Your complaint <u>should</u> <u>not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to</u> <u>each</u> <u>defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>. This complaint cannot be properly filed unless it is accompanied by the $350.00 filing fee or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>. All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten. Every document filed after the complaint must have the style of the case and the <u>docket</u> <u>number</u>. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading <u>will</u> <u>be</u> <u>stricken</u>. <u>See</u> Fed. R. Civ. P. 11(a). No notary is required.

H. <u>Certificate of Service</u>. Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading <u>will</u> <u>be</u> <u>stricken</u> if it does not contain this certificate of service. <u>See</u> Fed. R. Civ. P. 5.

I. <u>Copies</u>. This Court <u>will</u> <u>not</u> make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. <u>Form of Pleadings</u>. <u>Do</u> <u>not</u> write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. <u>No Evidence</u>. No evidence shall be sent to the Court for filing or storing.

2

## I. **PREVIOUS LAWSUITS.**

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
    Yes ( )    No (✓)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
    Yes ( )    No (✓)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

    1. Parties to this previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

    2. Court (if federal court, name the district; if state court, name the county): _____

_____

    3. Docket Number: _____

    4. Were you granted the opportunity to proceed without payment of filing fees?
Yes ( )    No ( )

    5. Name of judge to whom the case was assigned: _____

    6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

_____

_____

_____

    7. Approximate date of filing lawsuit: _____

8. Approximate date of ruling by court: _____

II. **YOUR PRESENT COMPLAINT**.

A. Place or institution where action complained of occurred: Draper Correctional facility /Dorm E/ Cell 4A Seg unit

B. Date it occurred: ~~[scratched out]~~ 12-12-13

C. Is there a prisoner grievance procedure in this institution? yes

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓)   No ( )

E. If your answer is YES:

  1. What steps did you take? Talked to the warden

  2. What was the result? He stated no matter what happened I failed to obey

F. If your answer is NO, explain why not: _____

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

Attached to back of Order of deficiency documents

_____

_____

### III. PARTIES.

A. <u>Plaintiff</u> (Your name/AIS): Douglas Bledsoe 276440

Your present address: Draper Correctional Facility, 2828 Al Hwy 143 Elmore Al 36025

B. <u>Defendant(s)</u>:

1. Defendant (full name) Brenda King is employed as Captain at Draper C. facility

   His/her present address is Draper C. facility 2828 Al Hwy 143 Elmore Al 36025

   (a) Claim against this defendant: unnecessary use of force

   _____

   (b) Supporting facts (Include date/location of incident):

   12-12-13 at my cell E-1 4A draper C. facility segregation unit I have multiple witnesses

   _____

2. Defendant (full name) Larry Phipyaw is employed as Lieutenant at Draper C. facility.

   His/her present address is Draper C. facility 2828 Al Hwy 143 Elmore Al 36025

   (a) Claim against this defendant: unnecessary use of force

   _____

   (b) Supporting facts (Include date/location of incident):

   12-12-13 at my cell E-1 4A draper C. facility segregation unit I have multiple witnesses plus the camera

   _____

3. Defendant (full name) Timothy McCarvey is employed as Draper C. facility at Draper C. facility 2828 Al Hwy 143 Elmore Al 36025

5

His/her present address is Draper C. Facility 2828 Al Hwy 143 Elmore Al 36025

(a) Claim against this defendant: ~~Assault~~ ~~Battered~~ unnecessary use of force

(b) Supporting facts (Include date/location of incident):

12-12-13 Shower area E1 segregation unit Draper C.F. It's on camera

C. **Additional Defendants**: (If there are additional defendants, you may list them on separate pages using the same outline above).

**IV.** A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: 1st Degree Robbery

2. When were you convicted? 11-12-10

3. What is the term of your sentence? 20 yrs split 4 to serve

4. When did you start serving this sentence? 11-12-10

5. Do you have any other convictions which form the basis of a future sentence?
    Yes ( )    No (✓)

If so, complete the following:

(a) Date of conviction: _____

(b) Term of sentence: _____

6. What is your expected end of sentence (E.O.S.) date? 2-22-14

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no( ) | yes( ) no( ) |
| Expunged | yes( ) no( ) | yes( ) no( ) |

6

    Invalidated    yes( ) no( )        yes( ) no( )
    Writ of habeas  yes( ) no( )        yes( ) no( )
      corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____

_____

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

Compensation for unnecessary use of force, false probraganda slander ect

VI. **AFFIRMATION**. By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

1-6-14
Date

*Douglas Bledsoe*
(Signature of Plaintiff Under Penalty of Perjury)

Draper C. Facility, 2828 Al Hwy 143
Current Mailing Address

Elmore Al 36025

N/A
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

Additional Names for pages 5 and 6 Defendant's

4. Defendant (full name) <u>Brandon Mack</u> is employed as <u>Sgt</u> at <u>Draper C. facility</u>, His/her present address is <u>Draper C. facility 2828 Al Hwy 143 Elmore Al 36025</u>

(a) Claim against this Defendant: He held the camera and assisted as well with the ~~th~~ ~~appropriat~~ unnecessary use of force

(b) Supporting facts (Include date/location of incident): 12-12-13 at my cell 4A El Draper segregation unit, The use of force Module

5. Defendant (full name) <u>Robert Parker</u> is employed as <u>Sgt</u> at <u>Draper C. facility</u> His/her present address is <u>Draper C. facility 2828 AL Hwy 143, Elmore Al 36025</u>

(a) Claim against this defendant: unnecessary ~~unprovoked~~ use of force, ~~other~~ ~~that witnessed witnesses~~

(b) Supporting facts (Include date/location of incident): 12-12-13 El 4A Draper segregation unit, The Camera Multiple Witnesses

6. Defendant (full name) <u>Kendrick Boyd</u> is employed as <u>Sgt</u> at <u>Draper C. facility</u> His/her present address is <u>Draper C. facility 2828 Al Hwy 143 Elmore Al 36025</u>

(a) Claim against this defendant: ~~unnecessary~~ ~~of the~~ use of ~~unprovoked~~ unnecessary force

(b) Supporting facts (Include date/location of incident): 12-12-13 El 4A Draper Seg unit cell 4A Dorm El Camera

Additional Defendants

7. Defendant (full name) Jackie Pettway is employed as Sgt at Draper C. facility. His/her present address is Draper C. facility 2828 Al Hwy 143 Elmore Al 36025

(a) Claim against this Defendant: ~~unnecessary~~ unnecessary use of force

(b) Supporting facts (Include date/location of incident): 12-12-13 E1 4A Draper segregation unit, Camera

8. Defendant (full name) Javorez Surels is employed as Lieutenant at Draper C. facility. His/her present address is Draper C. facility 2828 Al Hwy 143 Elmore Al 36025

(a) Claim against this Defendant: ~~unnecessary~~ unnecessary use of force

(b) Supporting facts: 12-12-13 E-1 4A Camera Draper seg unit

9. Defendant (full name) Xavier Lee is employed as Sgt at Draper C. facility. His/her present address is Draper C. facility 2828 Al Hwy 143 Elmore Al 36025

(a) Claim against defendant: ~~unnecessary~~ unnecessary use of force

(b) 12-5-13 Came to take pictures, 12-12-13 He returned and forced me to take photographs of my tatoos

To Whom This Concerns:             12-13-13
"Southern District Federal Courts..."

     On Thursday, Dec. 5th 2013 approximately The Timing Of: 2:03pm. I (Douglas Bledsoe 276440) was awakened by One Of Draper Correctional Centers - Staff: Officer — Joseph Griffith (Seg Officer) Enwhich I (inmate Bledsoe) was assigned & Still is-To Cell: "E-1-4A". Clearly Stated (asked) To Me - "Get Dressed!" I (Bledsoe) Complied With That Request. Afterwards, I (Bledsoe) Was Escorted from My Assigned Cell, To E-Dorms (Segregation) Class Room Area (As To Where The Seg-Board Meets For All Inmates Discipline Behaviors Are Held) I Was Meet By Sgt. Xavier Lee, I Simply Requested (asking) Him - What Was Needed Of Me? Sgt. X. Lee - Stated (He need To Take Pictures Of My Tattoo's) I (Bledsoe) Stated To Him (Sgt. X. Lee) I'm Not Taking No Pictures. (For What Reasons?) He Stated - That Because I (Bledsoe) Was Going Home (Enwhich I Have Less Then 2-Months Left) Then He — Changed The Statements, by Telling Me: The Warden Ordered Him (Sgt. Lee) To Take Them. As The Conversations Between Myself (Bledsoe) & Sgt. Lee, He Came Up With A 3rd Reason-It Was For An Update in The Database... I Saw No True Reasons For These Pictures Being Taken — And I (Bledsoe) Stated For The 2nd Time I Was Not Taken Pictures, Period!! I (Bledsoe) Stated: Go Ahead, Write Me Up.

At This Time Sgt. Lee, ordered Officer J. Griffith To Leave Me (Bledsoe) In The Seg-Unit Hallway. He (Sgt. Lee) Went In The Cubicle & Made A Phone Call (Enwhich He Later Returned) Telling Me - He's Waiting For His Supervisor. During My Wait In The Seg Hallway :- (A moment Later) Lt. Larry Philyaw had Entered E-Dorm (Seg-) Unit. He (Lt. Philyaw) Asked Would I (Bledsoe) Walk outside - So We Could Some how Discuss The Matter? I Firmly Stood On My First 3 Refusals - By Stating NO!

My Reasons Was Simply Because - My Refusals To His Sgt. Lee, He (Lt. Philyaw) Was Attempting To Persaude Me (Bledsoe) To Take Pictures Of My Tattoo's. I (Bledsoe) Stated To Lt. Philyaw, "Would You Please Put Me back in My Cell?" I Also Stated: "Just Write Me up!" I'm Not Taken Pictures. Lt. Philyaw, Ordered CO. Officer J. Griffith To Lock Me (Bledsoe) in The Showers Until Further Notice. Enwhich I (Bledsoe) Was Left in Handcuffs For A Period Of 45 minutes To A Full Hour. Afterwards Sgt. Lee Had returned, Stating To Officer J. Griffith To Place Me (Bledsoe) back into my Assigned Cell (E1-4A) I was Exhausted From Tireness - And Resume To Sleeping thinking The Matter Was Finished. But, It was Resurfaced Again A Week Later.

2nd Time: On The Date Of Dec. 12, 2013 - I (inmate

p. 3 of

Bledsoe) Was awakened by Officer Michael Matthews - En-which He (Matthews) requested That I (Bledsoe) Get Up & Come To The Cell (my cell) door. I Complied., He (Officer Matthews) Asked The question did I (Bledsoe) Know What He (Officer Matthews) wanted? I Simply Stated No!! Because The True Facts At The Moment - I Was Still Half Asleep.. He (Officer Matthews) Told That They - As in (His Superiors) Wants Those Pictures. I (Bledsoe) Caught The Meanings Of The conversation between Myself (Bledsoe) and Officer Matthews. I Stated To Him (Officer Matthews) That I Truly Understood Them!! And The Only Way I Would Have Agreed Upon Taken Those Pictures Was If His (Officer Matthews) Superiors Would Give Me (Bledsoe) An Agreement (Sworn) Signed by A Contract - Publishing The Correct (Accurate) date & Timing Of The Pictures Requested Of Me. Officer Matthews "A Moment Later Returned To My Cell door (After Making A Call From The Seg-Cubicle PHone To His Superiors Concerning The Terms I asked of) Stating That His Superior (Lt. Larry PHilyaw) ordered Him (Officer Matthews) To draw Up The Contract I (Bledsoe) Had Requested Upon Taken Pictures. It Was Published As (drew-up) "I Douglas Bledsoe #276440 Would Agree To Take These Pictures" Simply For The purpose Of Them being For Identification purpose

only! The began... At Approximately At:12:11 Noon I was Taken Any Pictures (without There being Any Real Reasons) I Told Him (Officer Matthews) I would Take these Pictures: Under The Circumstances of which, "If Cpt. Brenda King, would Agree To Signing This Written Contract" Containing The conditions of me (Bledsoe) Taking The Pictures.

Officer Matthews, Made The Call & She (Cpt. B. King) Sent A Verbal Response Stating - No! She (Cpt. King) would Not Sign The Contract. After which Officer Matthews - Told Me - His Superiors Said They would get The Pictures one way or The other, And Officer Matthews, Stated - "Why Are The Pictures That So - Important?" I (Bledsoe) Had No idea.

On The Evening Of Dec. 12, 2013 At About 2:20pm I (Bledsoe) was Awakened by: Sgt. Kendrick Boyds, Telling Me (Bledsoe) To Get Up and Get dressed without implicating The Reasons. Therefore, Which I had Them Asked; "For what?", Where Am I going? He Never (Sgt. Boyd) Gave An Answer - being Sarcastic; Stating just Get dressed!, when He (Sgt. Boyd) Returned - As I waited Saying: "I (Sgt. Boyd) Thought I (Sgt. Boyd) Told you (Bledsoe) To Get dressed? I (Bledsoe) Had Refused Asking: Where Am I (Bledsoe) Going? He (Sgt. Boyd's) Only walked Away from My Cell - Stating That He wasn't (Sgt. Boyd) was gone argue with Me (Bledsoe) and That He (Sgt. Boyd) is not going To Play with me (Bledsoe). After which A few minutes Passed - He (Sgt. Boyd) Returned with His Superior in Tow (Cpt. Brenda King) To my Cell door. (Sleeping Area)... She Them (Cpt. King) Asked me; "Why want I (Bledsoe) Take These Pictures?" I (Bledsoe) Stated To Her (Cpt. B. King) "I would Take Those Pictures

If She (Cpt. B. King) would Agree To Signing That contract Stating; The date and Timing of Them Correctly and For Identifications Purposes only! She Simply Told me (Bledsoe) NO! But, I (Cpt. King) will get Those pictures. So I (Bledsoe) straight-up Asked: "May I (Bledsoe) get Back in my bed - Since we're not Coming To Any Agreements?" She (Cpt. King) Told me - (Bledsoe) Sure with A Sinister Type Smurk and Proceeded To Exit from my cell (Bledsoe's) Door.

Around Timing Of About: 2:40pm, Cpt. King Had Ordered all Employee's listed: (1) Sgt. Xavier Lee, (2) Sgt. Robert E. Parker (The only white male Sgt.) (3) Lt. Larry Philyaw, (4) Sgt. Jackie Pettway (5) Sgt. Kendrick Boyd (6.) Lt. Tavorez Surles (7) Lt. Timothy McCorvey (8) Sgt. Brandon Mack and Mrs. Patrica Grant (9) was operating The Seg-Cubicle --- Sgt. R.E. Parker, was The First To get down The First cut Hallway Towards my (Bledsoe's) Cell - (En which, There's A Big mirror Posted in The Hallway - That I (Bledsoe) can See clearly) once They get to my (Bledsoe) cell - without warnings, nor any direct order commands - Sgt. Robert E. Parker, began To Spray Mace into my Face in my (Bledsoe) cell Door - and at That moment, I (Bledsoe) Stood To get away from The door Putting A Cloth over my Face due To The burning of The mace - I (Bledsoe) was unaware of Lt. Larry Philyaw Standing Above my cell (Bledsoe's) begin To Spray Mace from The Top The Cage-Roof onto my back - which caused A burning sensation in The Anas and under Penis's Area. They (Sgt. Robert E. Parker and Lt. Larry Philyaw) Nearly Sprayed The Entire cans of mace into my cell (Bledsoe's) En which I (Bledsoe) Never once Showed Any Resistance due To No direct order of commands was given-by

pg. 6 of 1

any of these Sgt.'s nor Lt.'s... After which Lt. Tavorez Surles had then told me (Bledsoe) to go ahead and lay on the cell floor faced down (En which I did comply) At 2:55 pm I (Bledsoe) was removed in handcuffs from my cell (E-4) They never followed any protacalls - I was taken to the Seg-Showers As to where they placed me (Bledsoe) to have kept questioning me - during which all of the other inmates in cells (1, 2, 3, 5, and 6) had to be taken outside until the air of mace cleared, And placed back into their cells 10-minutes later. while these proceedings was going on I (Bledsoe) stated that I (Bledsoe) was not taken any pictures. At About 3:09pm I (Bledsoe) was handcuffed again as to where I (Bledsoe) was held and couldn't move cause of Lt. Timothy McCorvey, Lt. Larry Philyaw, and Sgt. Robert E. Parker. 2 minutes went by as I continued to Protest, My Seg-Jumpsuit was being removed from my-body as to Expose my Tattoo's - I (Bledsoe) was refusing to take - These Pictures by: Lt. Larry Philyaw, Lt. Tavorez Surles also Lt. Timothy McCorvey, Sgt. Robert E. Parker, Sgt. Kendrick Boyd Sgt. Xavier Lee, and Sgt. Brandon Mack (who held the camera) All these D.O.C. personnals was surrounding me and stepped out the Showers - The water was turned on to Hot from which - Hot water caused a reaction to the mace - and I (Bledsoe) Begged Sgt. Xavier Lee to "Please cut the cold water on and Hot water off?" Lt. Larry Philyaw gave the order of doing so (go ahead) After those moments of Rinsing off I (Bledsoe) continued to Protest taking Pictures. cause there wasn't A Legit reason given to me (Bledsoe) once I (Bledsoe) was done Rinsing off I (Bledsoe) dried off and put on my clothes, Lt. Larry Philyaw ordered to Sgt. Parker to spray me if I moved - The proceedings was done - I was told to pull the Seg

*Last page*

Jumpsuit back on. At About 3:22pm I was taken over to H.C.U.(Health care Unit) Sgt. R.E. Parker had the Handcuffs tight as though they (the cuffs) was hurting my Risks. Sgt. Brandon Mack held the video camera (which He was Supposed to be on and recording the whole incident) the whole while!! All this was forced upon me (Bledsoe) cause I (Bledsoe) refused taking Any Pictures. Sir, you would See (if you Subpoena the video tape from 12-12-13 inside E-Dorm-Drapers Seg-Unit) that I (Bledsoe) was forced into Something I (Bledsoe) had rights to refuse!! At 3:45pm I (Bledsoe) was Escorted back to my cell (E-4-1A) Draper Correctional Center. I (Bledsoe) only Refused these Pictures, was because-I (Bledsoe) wanted An Agreement to be Signed with Cpt. Brenda King on contract-Stating that those pictures would be for Identifications purpose only. I (Bledsoe) Refused to give them A written statement of their wrong doings cause they would not have given the Warden My Statements. I wish to File a Lawsuit of "Illegal usage of Force and abuse"- by All Names involved.. My witness are all listed.

(1.) witness: Mr. Clifton deeds, 211091, who saw it all Happen at my cell.

(2.) witness: Francis Williams, 287880, who saw Lt. Larry Philyaw walking on top of the cells cage and Sprayed me (Bledsoe) from above.

(3.) witness: Malcom Austin, 282262, who Heard most of it and also saw Lt. L. Philyaw walking Above the cell cages and Spray me.

(4.) witness: James Bennett, 217605, who saw towards the Shower area, as to the Treatments and How I (Bledsoe) was Forced to take Pictures against my will (Rights)..

All is True: Signed x Douglas Bledsoe
276940

Quintavious Ridgeway 281128
Cell K-11
Holman 3700
Atmore AL 36503

LEGAL MAIL

LEGAL MAIL

United States District Court
Southern District of Alabama
Clerk
113 St. Joseph Street
Mobile, AL 36602

LEGAL MAIL

$001.52
JAN 21 2014
MAILED FROM ZIP CODE 36502